## Harry Love v. The State.

No. 10302.   Delivered June 23, 1926.

**Possessing Intoxicating Liquor—No Statement of Facts—No Bills of Exception.**

No statement of facts and no bills of exception being contained in this record, and no fundamental errors appearing, the judgment is affirmed.

Appeal from the District Court of Denton County.   Tried below before the Hon. C. R. Pearman, Judge.

Appeal from a conviction for possession of intoxicating liquor for purpose of sale, penalty two years in the penitentiary.

*W. E. Martin* of Abilene, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction in District Court of Taylor County of possessing intoxicating liquor for purpose of sale, punishment two years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment is in conformity with the statute, and the charge of the court correctly presents the law. No error appearing, the judgment will be affirmed.

*Affirmed.*